# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **MYRNA ELIZONDO and** | § | |
| **JAVIER ELIZONDO,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 7:17-cv-00179** |
| | § | |
| | § | |
| **STATE FARM LLOYDS AND** | § | |
| **DEDRAN SIMPSON,** | § | |
| **Defendants.** | § | |

---

**INDEX OF MATTERS BEING FILED**
**AND LIST OF ALL COUNSEL OF RECORD**

---

Defendant State Farm Lloyds ("Defendant") submits this *Index of Matters Being Filed and List of All Counsel of Record* pursuant to Local Rule 81 of the United States District Court for the Southern District of Texas.   Pursuant to the Local Rule 81, the following items are being filed with the *Notice of Removal* filed by Defendant:

1.   Index of Matters Being Filed and List of All Counsel of Record;

2.   Copies of all executed process, pleadings asserting causes of action and all orders signed by the state judge as follows:

  A.   Plaintiffs' Original Petition, filed April 3, 2017;

  B.   Service to State Farm Lloyds on April 11, 2017;

  C.   State Farm Lloyds' Original Answer, filed April 28, 2017;

  D.   Dedran Simpson's Original Answer, filed May 8, 2017.

  Return of service to Dedran Simpson has not yet been filed with the State Court.

3.   A copy of the state court docket sheet (attached as Exhibit 1E).

The parties' respective attorneys are as follows:

A.   ATTORNEYS FOR PLAINTIFFS:

William T. Jones
bjones@GBTriallaw.com
Robert D. Green
green@greentriallaw.com
Daniel P. Barton
dbarton@bartonlawgroup.com
**GREEN & BARTON**
1201 Shepherd Drive
Houston, Texas 77007
(713) 227-4747 – Phone
(713) 621-5900 – Fax

B.   ATTORNEYS FOR DEFENDANT:

Charles W. Downing
TSBN 24069631/SDOTBN 1048595
818 Pecan Blvd. (78501)
P.O. Box 3725
McAllen, Texas 78502-3725
956-682-5501 – Phone
956-686-6109 – Fax
**ATTORNEY IN CHARGE FOR DEFENDANT**

Of Counsel:
Dan K. Worthington
TSBN 00785282 / SDOTBN 15353
Sofia A. Ramon
TSBN 00784811/SDOTBN 20871
**ATLAS, HALL & RODRIGUEZ, LLP**
818 W. Pecan Blvd. (78501)
P.O. Box 3275
McAllen, Texas 78502
Tel:    (956) 682-5501
Fax:    (956) 686-6109

Dated: May 8, 2017