United States District Court
Southern District of Texas
**ENTERED**
January 22, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MYRNA ELIZONDO AND § <br> JAVIER ELIZONDO § <br> *Plaintiffs,* § <br> v. § <br> § <br> STATE FARM LLOYDS AND § <br> DEDRAN SIMPSON § <br> *Defendants.* § | Civil Action No. 7:17-cv-00179 |

## ORDER OF DISMISSAL

On this the 22nd day of January, 2018, the Court considered the Plaintiffs' Unopposed Motion to Dismiss with Prejudice in the above-styled and numbered lawsuit. After Considering at the request of the Parties the Motion, the Court is of the opinion that the claims and causes of action of Plaintiffs against Defendants STATE FARM LLOYDS and DEDRAN SIMPSON should be **DISMISSED, WITH FULL PREJUDICE**. It is therefore ORDERED, ADJUDGED and DECREED, that the Unopposed Motion to Dismiss with Prejudice is **GRANTED** and Defendants STATE FARM LLOYDS and DEDRAN SIMPSON are hereby **DISMISSED, WITH FULL PREJUDICE**, from this lawsuit and Plaintiffs are barred from re-filing any claims and/or causes of action against Defendants STATE FARM LLOYDS and DEDRAN SIMPSON at a later date. All costs of court are assessed against party incurring same.

SIGNED the 22nd day of January, 2018 at McAllen, Texas.

_____
JUDGE PRESIDING

cc: - William T. Jones, bjones@GBTriallaw.com, Robert D. Green, green@greentriallaw.com, Daniel P. Barton, dbarton@bartonlawgroup.com, GREEN & BARTON, 1201 Shepherd Drive, Houston, Texas 77007

- efile@ramonworthington.com; Sofia Ramon, sramon@ramonworthington.com; Dan Worthington, dworthington@ramonworthington.com; Elizabeth Sandoval Cantu, ecantu@ramonworthington.com, Sarah A. Nicolas, snicolas@ramonworthington.com, RAMÓN | WORTHINGTON, PLLC, 900 Kerria, McAllen, Texas 78501